UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSSELL J. YOUNG,

    Plaintiff,

v.

KIRSTIE PUUMALA, et al.,

    Defendants.

CASE NO. 3:19-CV-6157-RJB-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 10. The Court, having considered the R&R and the remaining record, does hereby find and order as follows:

(1)    The R&R is ADOPTED;

(2)    Plaintiff's application to proceed in forma pauperis, Dkt. 4, is **DENIED** and the case is **DISMISSED**; and

(3)    The Clerk shall enter **JUDGMENT** and close this case.

**DATED** this 18th day of May, 2020.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge